IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VIKTORIYA WINT,<br><br>　　Plaintiff,<br><br>v.<br><br>MOHR PARTNERS, INC.,<br><br>　　Defendant. | Case No. 3:19-cv-1034-N-BT |

## **MEMORANDUM ORDER**

Before the Court is Defendant Mohr Partners, Inc.'s Motion to Reset Rule 16(b) Scheduling Conference (ECF No. 11). The Court DENIES the motion and instead relieves lead counsel of a personal appearance.

The Court entered an order on October 8, 2019 setting a Rule 16(b) scheduling conference for October 23, 2019 at 10:00 am. Order Setting Rule 16(b) Sched. Conference 1 (ECF No. 10). The order directs Plaintiff and Defendant's counsel to attend the conference *in person*. *Id*. However, by the instant motion, Defendant alerts the Court that lead counsel for Defendant is unavailable to attend the scheduling conference that day. The Court relieves Attorney Kimberly S. Moore's personal appearance at the scheduling conference and directs that Defendant may appear by any attorney representative from Ms. Moore's law firm. Plaintiff, however, must still appear in person.

**SO ORDERED**.

October 14, 2019.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE